IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN LIRA,

    Petitioner,               No. CIV S-10-3113 GEB GGH P

    vs.

BOARD OF PAROLE HEARINGS, et al.,

    Respondent.            ORDER

_____/

        Pursuant to the Order, filed on December 13, 2010, petitioner, by filing dated January 3, 2011, has submitted an in forma pauperis application which reveals that petitioner is unable to afford the costs of suit.

        Accordingly, IT IS ORDERED that petitioner's application to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

DATED: January 10, 2011               /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
3113.ifpg